UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OTIS WILLIAMS, III,

    Plaintiff,

v.

TIMOTHY J. MAYOPOULUS,
DAVID C. BENSON, PASCAL
BOILLAT, and FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

    Defendants.
_____/

Case No. 18-cv-10004

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

## ORDER (1) ADOPTING REPORT RECOMMENDATION, (2) DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*, (3) REQUIRING SUBMISSION OF PROPERLY COMPLETED APPLICATION, and (4) GRANTING PLAINTIFF'S MOTION TO POSTPONE (ECF NO. 8)

On February 2, 2018, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to deny Plaintiff's Application to Proceed *In Forma Pauperis,* with instructions for Plaintiff to submit a properly completed IFP application. (ECF No. 6, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, and DENIES Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 2).

1

On February 22, 2018, Plaintiff filed a "Motion to Postpone/Adjourn Due to Incarceration and Inability to Produce Requested Information." (ECF No. 8.) Plaintiff explains in his motion that due to his incarceration, he is unable to access the information necessary to complete and submit a conforming Application to Proceed *In Forma Pauperis* and requests a period of ninety (90) days additional time to submit a conforming Application.

The Court **GRANTS** Plaintiff's motion and instructs Plaintiff to submit a properly completed Application to Proceed *In Forma Pauperis*, **on or before June 4, 2018**, disclosing the amount and identifying the source of any income as directed in the Application, and otherwise properly and fully completing the IFP Application, as ordered by the Magistrate Judge in her Report and Recommendation.

Failure to submit the fully completed and conforming Application on or before **June 4, 2018** will result in dismissal of this action without prejudice.

IT IS SO ORDERED.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  March 13, 2018

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 13, 2018.

s/Deborah Tofil<br>
Case Manager